BERNHARD ZELLNER et al., Respondents, v. DOMENICO DELL'ORSO et al., Appellants.— In an action to enjoin defendants from violating a restrictive covenant contained in the bill of sale of a dry cleaning and tailoring shop, signed by defendant Domenico Dell'Orso, judgment was granted in favor of plaintiffs, enjoining the latter from violating the restrictive covenant and enjoining both defendants from the use of the name "Torino" in connection with the business. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

## (January 22, 1951.)

ALBERT BANDELL, Respondent, v. SAM GREENBERG, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present.— Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

ELLEN FANNING et al., Appellants, v. ADVANCE CAB CORPORATION et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied, without costs. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See 277 App. Div. 1038.]

BETTY GREENBERG, Appellant, v. MORRIS GREENBERG, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for reargument or for other relief denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 277 App. Div. 1128.]

In the Matter of the Probate of the Will of EVELYN W. BLOOD, Deceased. FLORENCE W. HOGAN, Appellant; ELEANOR B. PARKER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 1048.]

In the Matter of TELA-NEWS FLASH, INC., Appellant, against DISTRICT ATTORNEY OF COUNTY OF QUEENS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See 277 App. Div. 1119.]

MAXWELL LASKEY, Respondent, v. RUBEL CORPORATION, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See 277 App. Div. 1119.]